JULIUS AUERBACH et al., Suing on Their Own Behalf and on Behalf of All Other Stockholders of UFLAND-LIFTMAN, INC., and of LACIDEM REALTY CORPORATION Similarly Situated, Appellants, v. LACIDEM REALTY CORPORATION et al., Defendants, and PAUL LIFTMAN et al., Defendants-Respondents.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J., concurs in the affirmance of the orders of the Special Term to the extent that they dismiss

the first cause of action, and dissents from the affirmance of so much of the orders as dismiss the second cause of action and the judgment entered thereon and votes to deny the defendants' motion to dismiss said cause of action. [See *post,* p. 869.]